IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PROLENSKI, DENNIS PACELEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSTAR, LLC; GARY RAILWAY COMPANY; UNION RAILROAD COMPANY, LLC;<br><br>　　　　Defendants. | Civil Action No. 21-545 |

## ORDER OF COURT

AND NOW, this 22nd day of May 2024, in accordance with the Court's Memorandum Opinion and Order entered on May 3, 2024 (Docket Nos. 71, 72), wherein the Court dismissed Plaintiffs' claims against Defendants without prejudice and ordered that Plaintiffs' failure to file a Third Amended Complaint by May 17, 2024, would result in the <u>dismissal with prejudice</u> of those claims; and

Given that the deadline has now passed for Plaintiffs to further amend, IT IS HEREBY ORDERED that Plaintiffs' claims are **dismissed with prejudice**. The Clerk of Court shall mark this case closed.

　　　　　　　　　　　　　　　　　　　　　　　　*s/ W. Scott Hardy*
　　　　　　　　　　　　　　　　　　　　　　　　W. Scott Hardy
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 22, 2024

cc/ecf: All counsel of record