IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PROLENSKI, DENNIS PACELEY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED;<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSTAR, LLC; GARY RAILWAY COMPANY; UNION RAILROAD COMPANY, LLC;<br><br>    Defendants. | Civil Action No. 21-545 |

## JUDGMENT ORDER

AND NOW, this 22nd day of May 2024, the Court having dismissed all of Plaintiffs' claims against Defendants with prejudice by its Order (Docket No. 73),

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiffs pursuant to Rule 58 of the Federal Rules of Civil Procedure

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Dated: May 22, 2024

cc/ecf: All counsel of record